E-FILED
Wednesday, 27 January, 2010 01:09:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LEILANI PAWLOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-1017 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendants. | ) | |

## O P I N I O N and O R D E R

This matter is before the Court *sua sponte*. On January 21, 2010, this matter was transferred from the Northern District of Illinois. The transfer Order indicates that it was filed in the wrong division. Title 42 U.S.C. § 405(g) provides that an action challenging the final decision of the Commissioner of Social Security must be "bought in the district court of the United States for the judicial district in which the plaintiff resides . . . ." The amended complaint indicates that Plaintiff resides in Earlville, which is located in LaSalle County. LaSalle County is located in the Eastern Division of the District Court for the Northern District of Illinois. This case is accordingly TRANSFERRED to that division.

Entered this 26th day of January, 2010

                                                      s/ Joe B. McDade
                                                      JOE BILLY MCDADE
                                                  United States District Judge